UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



FILED

NOV 03 2021

Clerk, U.S. Bankruptcy,
Orlando Division

In re:
6:21-ap-00141-KSJ

**Dennis Kennedy, Trustee**          Case No. 6:18-bk-06821 - KSJ
                                     Case No. 6:20-bk-01801 - KSJ

**Plaintiff**
_____/

**Juravin Inc., Pro Se**

**Defendant**
_____/

## NOTICE OF FAILURE TO SERVE

This is to provide notice that no officer, director, employee, manager, shareholder, or any other person affiliated with this corporation has not been served the Summons and Complaint in the above-captioned matter. The Corporation is filing this Notice, without formal entry of appearance, reserving all rights, and for the limited purpose of objecting to any claim of service of process in this case.

Juravin Inc.