**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED

NOV 0 3 2021

Clerk, U.S. Bankruptcy,
Orlando Division

**In re:**
**6:21-ap-00142-KSJ**

**Dennis Kennedy, Trustee**       Case No. 6:18-bk-06821 - KSJ
                                  Case No. 6:20-bk-01801 - KSJ

      **Plaintiff**
_____/


**Anna Juravin, Pro Se**


      **Defendant**
_____/


## NOTICE OF FAILURE TO SERVE

This is to provide notice that I have not been served the Summons and Complaint in the above-captioned matter. I am filing this Notice, without formal entry of appearance, reserving all rights, and for the limited purpose of objecting to any claim of service of process in this case.


Anna Juravin