UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>DON KARL JURAVIN,<br><br>    Debtor.<br>_____/<br><br>DON KARL JURAVIN,<br>Case No. 6:18-bk-06821-KSJ<br><br>    Applicable Debtor.<br>_____/<br><br>DENNIS D. KENNEDY,<br>AS CHAPTER 7 TRUSTEE OF THE<br>ESTATE OF DON KARL JURAVIN,<br><br>    Plaintiff,<br>v.<br><br>JURAVIN, INCORPORATED,<br>AN INACTIVE FLORIDA CORPORATION;<br>JURAVIN, INCORPORATED, A FLORIDA<br>CORPORATION; and ANNA JURAVIN,<br><br>    Defendants.<br>_____/ | Chapter 7<br><br>Case No. 6:18-bk-06821-KSJ<br><br>Case No. 6:20-bk-01801-KSJ<br><br>*Jointly Administered with*<br>Case No. 6:18-bk-06821-KSJ<br><br><br><br><br><br><br><br>Adv. Pro. No. 6:21-ap-00141-KSJ |

**<u>MOTION FOR ENTRY OF DEFAULT BY CLERK</u>**

Plaintiff, DENNIS D. KENNEDY, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF DON KARL JURAVIN, through counsel, and pursuant to Federal Rule of Civil Procedure 55, made applicable by Federal Rule of Bankruptcy Procedure 7055, and Local Rule 7055-2, moves this Court for entry of a default against the Defendants, JURAVIN, INCORPORATED, AN INACTIVE

FLORIDA CORPORATION, JURAVIN INCORPORATED, A FLORIDA CORPORATION, and ANNA JURAVIN, and would show:

1. Service was made in accordance with Federal Rule of Bankruptcy Procedure 7004(b) by serving the Defendants with the Summons and Complaint via U.S. Mail as follows:

   a. JURAVIN, INCORPORATED, AN INACTIVE FLORIDA CORPORATION, (i) by and through its last known Registered Agent, Registered Agents Inc., 7901 4th Street North, Suite 300, St. Petersburg, FL 33702 and (ii) Don Karl Juravin, its last known President, 15118 Pendio Drive, Montverde, FL 34756;

   b. JURAVIN INCORPORATED, a Florida corporation, by and through its Registered Agent, Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756; and

   c. ANNA JURAVIN, 15118 Pendio Drive, Montverde, FL 34756.

(See Certificate of Service, Doc. No. 3, p. 11).

2. No extension of time was sought by the Defendants.

3. The Defendants have failed to file any responsive pleading to the Complaint.

4. A "Notice of Failure to Serve" (Doc. No. 6) was filed, *pro se*, by an entity calling itself "Juravin Inc." It is not clear which of the Juravin Incorporated defendants filed this notice. Regardless, it is "well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Thus, the Notice of Failure to Serve has no legal effect.

5. Moreover, it does not constitute a request for extension of time or a responsive pleading to the Complaint. Accordingly, a clerk's default should be entered against both Juravin Incorporated defendants as a result of their failure to plead or defend against this lawsuit. Fed. R. Bankr. P. 7055; L.R. 7055-2.

5. Likewise, Anna Juravin filed a "Notice of Failure to Serve" (Doc. No. 7), despite being properly served as set forth above. The Notice does not constitute a request for extension of time or a responsive pleading to the Complaint.

6. Anna Juravin is not on active military duty as reflected by the Affidavit and certification from the Servicemembers Civil Release Act Centralized Verification Service attached hereto as **Exhibit A.**

7. Accordingly, a clerk's default should also be entered against Anna Juravin as a result of her failure to plead or defend against this lawsuit. Fed. R. Bankr. P. 7055; L.R. 7055-2.

WHEREFORE, the Plaintiff seeks a default against the Defendants, JURAVIN, INCORPORATED, AN INACTIVE FLORIDA CORPORATION, JURAVIN INCORPORATED, A FLORIDA CORPORATION, and ANNA JURAVIN, as a result of their failure to timely respond to the Complaint, and for any other relief the Court deems just and proper.

Dated: November 29, 2021.

/s/ Lauren M. Reynolds
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
bsaxton@whww.com
Lauren M. Reynolds, Esquire
Florida Bar No. 112141
Lreynolds@whww.com
**Winderweedle, Haines, Ward
 & Woodman, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
Attorneys for Dennis D. Kennedy,
Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2021, a true copy of the foregoing has been furnished

**Via E-mail to:**

Henry Portner, Esquire
Law Office of Henry Portner
18851 NE 29th Ave, Ste. 700
Aventura, FL 33180-2845
Email:  portnerlaw@gmail.com

Shawn M. Yesner, Esquire
Yesner Law
Countryside Colonial Center
2753 Fl-580, Suite 106
Clearwater, FL 33761
Email:  shawn@yesnerlaw.com


**via US Mail to:**

JURAVIN, INCORPORATED, AN INACTIVE FLORIDA CORPORATION, by and through its last known Registered Agent, Registered Agents Inc., 7901 4th Street North, Suite 300, St. Petersburg, FL 33702

JURAVIN, INCORPORATED, AN INACTIVE FLORIDA CORPORATION, Don Karl Juravin, its last known President, 15118 Pendio Drive, Montverde, FL 34756

JURAVIN INCORPORATED, a Florida corporation, by and through its Registered Agent, Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756

ANNA JURAVIN, 15118 Pendio Drive, Montverde, FL 34756

/s/ Lauren M. Reynolds
Lauren M. Reynolds

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

    Debtor.
_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

    Applicable Debtor.
_____/

DENNIS D. KENNEDY,
AS CHAPTER 7 TRUSTEE OF THE
ESTATE OF DON KARL JURAVIN,

    Plaintiff,
v.

JURAVIN, INCORPORATED,
AN INACTIVE FLORIDA CORPORATION;
JURAVIN, INCORPORATED, A FLORIDA
CORPORATION; and ANNA JURAVIN,

    Defendants.
_____/

Chapter 7

Case No. 6:18-bk-06821-KSJ

Case No. 6:20-bk-01801-KSJ

*Jointly Administered with*
Case No. 6:18-bk-06821-KSJ

Adv. Pro. No. 6:21-ap-00141-KSJ

**AFFIDAVIT REGARDING NON-MILITARY SERVICE OF
DEFENDANT, ANNA JURAVIN**

    BEFORE ME, the undersigned authority, personally appeared Lauren M. Reynolds, Esquire, who states:

    I am an attorney and a member of the Florida Bar. I am the attorney of record for the Plaintiff, DENNIS D. KENNEDY, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF DON KARL JURAVIN (the "Plaintiff"), in the above-styled cause. Upon information and belief, Defendant, ANNA JURAVIN, is not currently on active duty with any branch of the United States

Military. I obtained a certificate from the Department of Defense Manpower Data Center <https://scra-e.dmdc.osd.mil/scra/#/single-record> stating that the Defendant, ANNA JURAVIN, is not currently on active duty with any branch of the United States Military. A copy of the Certificate is attached to this Affidavit.

/s/ Lauren M. Reynolds
Lauren M. Reynolds

STATE OF FLORIDA
COUNTY OF ORANGE

SWORN TO AND SUBSCRIBED before me by means of ☒ physical presence or ☐ online notarization, this 19th day of November, 2021, by Lauren M. Reynolds, Esquire, who is ☒ personally known to me or ☐ produced _____ as identification.

(Notary Seal)

Notary Public

/s/ Sharon V. Jones
Signature
My Commission Expires



SHARON V. JONES
MY COMMISSION # HH 143719
EXPIRES: August 21, 2025
Bonded Thru Notary Public Underwriters

Department of Defense Manpower Data Center          Results as of : Nov-19-2021 11:25:49 AM

SCRA 5.11



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:             XXX-XX-1427
Birth Date:
Last Name:       JURAVIN
First Name:      ANNA
Middle Name:
Status As Of:    Nov-19-2021
Certificate ID:  KJJW36V6LFG0NYH

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.