UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

    Debtor.

_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

    Applicable Debtor.

_____/

DENNIS D. KENNEDY,
AS CHAPTER 7 TRUSTEE OF THE
ESTATE OF DON KARL JURAVIN,

    Plaintiff,

v.

JURAVIN, INCORPORATED,
AN INACTIVE FLORIDA CORPORATION;
JURAVIN, INCORPORATED, A FLORIDA
CORPORATION; and ANNA JURAVIN,

    Defendants.

_____/

Chapter 7

Case No. 6:18-bk-06821-KSJ

Case No. 6:20-bk-01801-KSJ

*Jointly Administered with*
Case No. 6:18-bk-06821-KSJ

Adv. Pro. No. 6:21-ap-00141-KSJ

## <u>NOTICE OF PRELIMINARY HEARING</u>

NOTICE IS GIVEN THAT:

    1.    A preliminary hearing in this case will be held on **January 13, 2022** at **2:00 p.m.** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, Florida, 32801, on the following matter:

**MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANTS, JURAVIN, INCORPORATED, AN INACTIVE FLORIDA CORPORATION, JURAVIN INCORPORATED, A FLORIDA CORPORATION, AND ANNA JURAVIN (DOC. NO. 8)**

2.      The Court may continue this matter upon announcement made in open court without further notice.

3.      Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4.      <u>Telephonic Appearance Requirement</u>.  Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone.  For Judge Jennemann, parties should arrange a telephonic appearance through Court Solutions by registering at [www.court-solutions.com](http://www.court-solutions.com) **by 5:00 p.m. the business day preceding the hearing**.  NOTE:  All parties should proceed to the website and select "Sign Up".  For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'.  Once the information is submitted you will receive an email with further instructions.

5.      In some instances, the Court will schedule a video hearing.  To avoid confusion, parties should appear by telephone **<u>unless</u>** they receive an Order Establishing Procedures for Video Hearings.  If a party does not have video capability, then it is acceptable for the party to appear by telephone by using the access number provided **<u>or</u>** appear by phone using either Court Call or Court Solutions referenced in Paragraph 4.

Dated:  December 7, 2021.

/s/ Lauren M. Reynolds
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
bsaxton@whww.com
Lauren M. Reynolds, Esquire
Florida Bar No. 112141
Lreynolds@whww.com
**Winderweedle, Haines, Ward
  & Woodman, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
Attorneys for Dennis D. Kennedy,
Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2021, a true copy of the foregoing has been furnished via:

*Email transmission to:*

Henry Portner, Esquire, Law Office of Henry Portner, 6316 Vireo Court, Lake Worth, FL 33463 [portnerlaw@gmail.com]

Shawn M. Yesner, Esquire, Yesner Law, Countryside Colonial Center, 2753 Fl-580, Suite 106, Clearwater, FL 33761 [shawn@yesnerlaw.com]

*US Mail to:*

JURAVIN, INCORPORATED, AN INACTIVE FLORIDA CORPORATION, by and through its last known Registered Agent, Registered Agents Inc., 7901 4th Street North, Suite 300, St. Petersburg, FL 33702

JURAVIN, INCORPORATED, AN INACTIVE FLORIDA CORPORATION, Don Karl Juravin, its last known President, 15118 Pendio Drive, Montverde, FL 34756

JURAVIN INCORPORATED, a Florida corporation, by and through its Registered Agent, Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756

ANNA JURAVIN, 15118 Pendio Drive, Montverde, FL 34756

/s/ Lauren M. Reynolds
Lauren M. Reynolds