

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/18/2022 02:00 PM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:18-bk-06821-LVV**   **Chapter 7** | 10/04/2021 |
| **ADVERSARY:**   6:21-ap-00141-LVV | **Pltf Atty:**  James D Ryan |
| | **Dft Atty:** |

**DEBTOR:**   Don Karl Juravin and April Goodwin

**HEARING:**

Kennedy, Trustee v. Juravin, Incorporated, an inactive Florida corpora

Kennedy v. Juravin, Inc. & Anna Juravin
Pltf Atty: Bradley Saxton
Def Atty: Pro Se
Pretrial Conference
1) Motion by Plaintiff for Entry of Default against JURAVIN, INC, AN INACTIVE FLORIDA CORP., JURAVIN INC., A FLORIDA CORP., and ANNA JURAVIN (Doc #8)
Note:
Pending Motion by Plaintiff to Extend Time to Move for Default Judgment (Doc #10)
Notice of Failure to serve filed by Juravin Inc. (Doc #6)
Notice of Failure to Serve filed by Anna Juravin (Doc #7)
Nature of Suit:
Recovery of money / property
548 fraudulent transfer
542 turnover of property

**APPEARANCES:**:
Pltf Atty: Bradley Saxton; Lauren Reynolds; Jim Ryan
Def Atty: Henry Portner for Juravin Inc & Anna Juravin

 **RULING:**
Kennedy v. Juravin, Inc. & Anna Juravin

 Pretrial Conference - Continued to 4/12/2022 at 11:00am (AOCNFNG)

1) Motion by Plaintiff for Entry of Default against JURAVIN, INC, AN INACTIVE FLORIDA CORP., JURAVIN INC., A FLORIDA CORP., and ANNA JURAVIN   (Doc #8) - Reynolds to file an amended motion as to the inactive Juravin Inc.

 Response to Complaint to be filed by 2/5/2022 as to Portner's clients.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.